**Oulsa Lee ADAMS v. STATE.**

No. 17732.

Court of Criminal Appeals of Texas.

May 29, 1935.

F. A. Dale and Couch & Couch, all of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Oulsa ADAMS v. STATE.**

No. 17733.

Court of Criminal Appeals of Texas.

May 29, 1935.

F. A. Dale and Couch & Couch, all of Bonham, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**M. G. BARROW v. STATE.**

No. 17579.

Court of Criminal Appeals of Texas.

May 15, 1935.

J. H. Atwood, of Lamesa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, three years in the penitentiary.

The record in this case is before us without bills of exception or statement of facts. Examination of the transcript discloses that all matters of procedure appear regular.

No error appearing, the judgment will be affirmed.

MORROW, P. J., absent.

**Marshal Jackson BAXTER v. STATE.**

No. 17518.

Court of Criminal Appeals of Texas.

April 17, 1935.

Rehearing Denied May 29, 1935.

Roberson, Hart, Johnson & Hart, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.